AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
| v. | ) Case: 1:21-mj-00017 |
| CLEVELAND GROVER MEREDITH, JR. | ) Assigned to: Judge Harvey, G. Michael |
| | ) Assign Date: 1/8/2021 |
| | ) Description: COMPLAINT W/ARREST WARRANT |
| | ) |
| | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __January 7, 2021__ in the county of _____ in the
_____ District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 875(c) | Transmitting a Threat in Interstate Commerce |
| 7 D.C. Code § 2502.01(a) | Possession of an Unregistered Firearm |
| 7 D.C. Code § 2506.01(a) | Unlawful Possesssion of Ammunition |

This criminal complaint is based on these facts:

SEE ATTACHED STATEMENT OF FACTS

☐ Continued on the attached sheet.

*Complainant's signature*

SPECIAL AGENT DONALD MOCKENHAUPT
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
Telephone (specify reliable electronic means).

Date: January 8, 2021

*Judge's signature*

City and state:   WASHINGTON, D.C.   G. MICHAEL HARVEY, MAGISTRATE JUDGE
*Printed name and title*