AO 442 (Rev. 11/11) Arrest Warrant

F BI: 1122/645

# UNITED STATES DISTRICT COURT
for the
District of Columbia

U.S. MARSHAL-DC PM1:12
RECEIVED JAN 8 '21

| United States of America | ) |
|---|---|
| v. | ) Case: 1:21-mj-00017 |
| CLEVELAND GROVER MEREDITH, JR. | ) Assigned to: Judge Harvey, G. Michael |
| | ) Assign Date: 1/8/2021 |
| | ) Description: COMPLAINT W/ARREST WARRANT |
| *Defendant* | ) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   CLEVELAND GROVER MEREDITH, JR.,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 875(c)- Transmitting a Threat in Interstate Commerce
7 D.C. Code § 2502.01(a)- Possession of an Unregistered Firearm
7 D.C. Code § 2506 01(a)- Unlawful Possession of Ammunition

Date:   01/08/2021

G. Michael Harvey
2021.01.08
12:56:31 -05'00'

*Issuing officer's signature*

City and state:   Washington, DC          G. MICHAEL HARVEY, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 1/8/2021, and the person was ~~arrested~~ Received on *(date)* 1/8/2021
at *(city and state)* Washington DC.

Date: 1/8/2021

~~Arresting~~ officer's signature
Receiving

Christopher Schuessler, DUSM
*Printed name and title*