U.S. Department of Justice
United States Attorneys

# United States District Court for the District of Columbia

UNITED STATES OF AMERICA  :

:

V.  :   Case No. 2021 CRW000072

:

**Cleveland Meredith**  :

### O R D E R

1. Upon a representation by the United States that the defendant has never been subject of "routine processing" (booking, fingerprinting, photographing) in this case:

2. It is the __14th__ day of __January 2021__ ORDERED:

3. That if the defendant is released on bond that he or she be accompanied on by ▅▅▅▅▅▅▅▅▅▅▅▅ to the Central Cell Block of the Metropolitan Police Department, to the United States Marshal's Office and to ▅▅▅▅▅▅▅▅▅▅▅▅ ▅▅▅▅▅▅▅▅▅▅▅▅ for "routine processing," and that this be a condition of being released on bond:

4. That if the defendant is not released on bond, the United States Marshall shall release the defendant to the custody of __The Metropolitan Police Department__ for the purpose of "routine processing," and at the conclusion thereof to return the defendant to the custody of the Marshal.

_____
Judge ( U.S. Magistrate)

COURT

DOJ USA-16-80

USP LVN