NOTICE OF APPEARANCE IN A CRIMINAL CASE

**CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C. 20001**

UNITED STATES OF AMERICA

vs.                                         Criminal Number  1:21-mj-00017

CLEVELAND GROVER MEREDITH, JR
          (Defendant)


TO:   ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:   (Please check one)

☐ CJA          [X] RETAINED          ☐ FEDERAL PUBLIC DEFENDER

_(Signature)_

PLEASE PRINT THE FOLLOWING INFORMATION:

Paul Kiyonaga, DC Bar 428624
_(Attorney & Bar ID Number)_

Kiyonaga & Soltis, P.C.
_(Firm Name)_

1827 Jefferson Place, NW
_(Street Address)_

Washington, D.C.           20036
_(City)_       _(State)_       _(Zip)_

202-363-2776
_(Telephone Number)_