## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

### Holding a Criminal Term

### Grand Jury Sworn in on January 8, 2021

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.** |
| | : | |
| **v.** | : | **MAGISTRATE NO. 21-MJ-017** |
| | : | |
| **CLEVELAND GROVER MEREDITH, JR.,** | : | **VIOLATIONS:** |
| | : | **18 U.S.C. § 875(c)** |
| | : | **(Interstate Communication of Threats)** |
| **Defendant.** | : | **7 D.C. Code § 2502.01(a)** |
| | : | **(Possession of Unregistered Firearms)** |
| | : | **7 D.C. Code § 2506.01(a)(3)** |
| | : | **(Possession of Unregistered Ammunition)** |
| | : | **7 D.C. Code § 2506.01(b)** |
| | : | **(Possession of Large Capacity Ammunition** |
| | : | **Feeding Devices)** |

### I N D I C T M E N T

The Grand Jury charges that:

### COUNT ONE

On or about January 7, 2021, within the District of Columbia and elsewhere, **CLEVELAND GROVER MEREDITH, JR**, did transmit in interstate and foreign commerce a communication containing a threat to kidnap and injure Speaker of the House Nancy Pelosi, specifically, by threatening that he was "[t]hinking about heading over to Pelosi CUNT's speech and putting a bullet in her noggin on Live TV [purple devil emoji]."

(**Interstate Communication of Threats**, in violation of Title 18, United States Code, Section 875(c))

**COUNT TWO**

On or about January 7, 2021, within the District of Columbia, **CLEVELAND GROVER MEREDITH, JR.**, did possess certain firearms, a Glock 19, 9mm handgun, and an IWI Tavor X95 rifle, without being the holder of a valid registration certificate.

> **(Possession of Unregistered Firearms**, in violation of Title 7, District of Columbia Code, Section 2502.01(a))

**COUNT THREE**

On or about January 7, 2021, within the District of Columbia, **CLEVELAND GROVER MEREDITH, JR.**, did possess ammunition without being the holder of a valid registration certificate.

> **(Possession of Unregistered Ammunition**, in violation of Title 7, District of Columbia Code, Section 2506.01(a)(3))

**COUNT FOUR**

On or about January 7, 2021, within the District of Columbia, **CLEVELAND GROVER MEREDITH, JR.**, did possess ten large capacity ammunition feeding devices.

> **(Possession of Large Capacity Ammunition Feeding Devices**, in violation of Title 7, District of Columbia Code, Section 2506.01(b))

A TRUE BILL:

FOREPERSON.

*Michael R. Sherwin /GPR*

Attorney of the United States in
and for the District of Columbia.

2