UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | |
| | : | |
| **CLEVELAND GROVER MEREDITH, JR.** | : | Criminal No. 1:21-CR-159-ABJ |
| | : | |
| | : | |
| | : | |
| **Defendant.** | : | |

**UNITED STATES OF AMERICA'S MOTION
TO REQUEST UNREDACTED TRANSCRIPT**

The United States of America hereby moves this Court for a copy of the unredacted transcript in the above case for the detention hearing held on January 14, 2021 (ECF 14) before United States Magistrate Judge G. Michael Harvey to be provided to the Government.

Respectfully submitted,

CHANNING D. PHILLIPS
Acting United States Attorney
DC Bar No. 415793

By: /s/ Anthony L. Franks
ANTHONY L. FRANKS
Missouri Bar No. 50217MO
Assistant United States Attorney
Detailee – Federal Major Crimes
United States Attorney's Office
for the District of Columbia
Telephone No . (314) 539-3995
anthony.franks@usdoj.gov

## CERTIFICATE OF SERVICE

On this 19th day of March 2021, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

/s/ *Anthony L. Franks*
ANTHONY L. FRANKS
Missouri Bar No. 50217MO
Assistant United States Attorney
Detailee – Federal Major Crimes
United States Attorney's Office
for the District of Columbia
Telephone No. (314) 539-3995
anthony.franks@usdoj.gov