UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | |
| : | |
| CLEVELAND GROVER : | Criminal No. 1:21-CR-159-ABJ |
| MEREDITH, JR. : | |
| : | |
| : | |
| Defendant. : | |

**UNITED STATES OF AMERICA'S MOTION TO FILE UNDER SEAL GOVERNMENT'S RESPONSE TO DEFENSE MOTION TO REVOKE MAGISTRATE JUDGE'S ORDER OF DETENTION PENDING TRIAL AND TO SET NEW CONDITIONS OF RELEASE**

The United States of America hereby moves this Court for an order granting the Government permission to file under seal its response and all associated exhibits to the Defense's Motion to Revoke Magistrate Judge's Order of Detention Pending Trial and to Set New Conditions of Release (ECF 19).

Respectfully submitted,

CHANNING D. PHILLIPS
Acting United States Attorney
DC Bar No. 415793

By:   /s/ Anthony L. Franks
ANTHONY L. FRANKS
Missouri Bar No. 50217MO
Assistant United States Attorney
Detailee – Federal Major Crimes
United States Attorney's Office
for the District of Columbia
Telephone No . (314) 539-3995
anthony.franks@usdoj.gov

## **CERTIFICATE OF SERVICE**

On this 19th day of March 2021, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

/s/ *Anthony L. Franks*
ANTHONY L. FRANKS
Missouri Bar No. 50217MO
Assistant United States Attorney
Detailee – Federal Major Crimes
United States Attorney's Office
for the District of Columbia
Telephone No. (314) 539-3995
anthony.franks@usdoj.gov