UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on January 8, 2021

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. |
| v. | MAGISTRATE NO. 21-MJ-017 |
| CLEVELAND GROVER MEREDITH, JR., | VIOLATIONS: |
| | 18 U.S.C. § 875(c) |
| | (Interstate Communication of Threats) |
| Defendant. | 7 D.C. Code § 2502.01(a) |
| | (Possession of Unregistered Firearms) |
| | 7 D.C. Code § 2506.01(a)(3) |
| | (Possession of Unregistered Ammunition) |
| | 7 D.C. Code § 2506.01(b) |
| | (Possession of Large Capacity Ammunition Feeding Devices) |

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

On or about January 7, 2021, within the District of Columbia and elsewhere, **CLEVELAND GROVER MEREDITH, JR**, did transmit in interstate and foreign commerce a communication containing a threat to kidnap and injure Speaker of the House Nancy Pelosi, specifically, by threatening that he was "[t]hinking about heading over to Pelosi CUNT's speech and putting a bullet in her noggin on Live TV [purple devil emoji]."

(Interstate Communication of Threats, in violation of Title 18, United States Code, Section 875(c))

## COUNT TWO

On or about January 7, 2021, within the District of Columbia, **CLEVELAND GROVER MEREDITH, JR.**, did possess certain firearms, a Glock 19, 9mm handgun, and an IWI Tavor X95 rifle, without being the holder of a valid registration certificate.

> **(Possession of Unregistered Firearms**, in violation of Title 7, District of Columbia Code, Section 2502.01(a))

## COUNT THREE

On or about January 7, 2021, within the District of Columbia, **CLEVELAND GROVER MEREDITH, JR.**, did possess ammunition without being the holder of a valid registration certificate.

> **(Possession of Unregistered Ammunition**, in violation of Title 7, District of Columbia Code, Section 2506.01(a)(3))

## COUNT FOUR

On or about January 7, 2021, within the District of Columbia, **CLEVELAND GROVER MEREDITH, JR.**, did possess ten large capacity ammunition feeding devices.

> **(Possession of Large Capacity Ammunition Feeding Devices**, in violation of Title 7, District of Columbia Code, Section 2506.01(b))

A TRUE BILL:

FOREPERSON.

*[signature]* /GPL

Attorney of the United States in
and for the District of Columbia.