## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | |
| | : | |
| **CLEVELAND GROVER MEREDITH, JR.** | : | Criminal No. 1:21-CR-159-ABJ |
| | : | |
| | : | |
| | : | |
| **Defendant.** | : | |

### NOTICE TO THE COURT OF UPDATED DOCKET ENTRY NOTING FILING OF SUPERSEDING INDICTMENT

COMES NOW the United States of America, by and through Assistant United States Attorney Anthony Franks, hereby notifies this Court of an updated docket entry, which notes the filing of a superseding indictment.

1. On Friday, April 2, 2020, the grand-jury returned a superseding indictment in this case that is attached hereto as Exhibit 1.

2. The Government learned late yesterday that the Clerk's Office did not update the docket in this case with the superseding indictment.

3.       The docket now notes that the Clerk's Office has updated the docket with the superseding indictment as referenced in docket entry no. 28.

                              Respectfully submitted,

                              CHANNING D. PHILLIPS
                              Acting United States Attorney
                              DC Bar No. 415793

By:    /s/ Anthony L. Franks
        ANTHONY L. FRANKS
        Missouri Bar No. 50217MO
        Assistant United States Attorney
        Detailee – Federal Major Crimes
        United States Attorney's Office
        for the District of Columbia
        Telephone No . (314) 539-3995
        anthony.franks@usdoj.gov

## CERTIFICATE OF SERVICE

On this 8th day of April 2021, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

    /s/ *Anthony L. Franks*
    ANTHONY L. FRANKS
    Missouri Bar No. 50217MO
    Assistant United States Attorney
    Detailee – Federal Major Crimes
    United States Attorney's Office
    for the District of Columbia
    Telephone No. (314) 539-3995
    anthony.franks@usdoj.gov