# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Crim. No. 1:21-cr-00159 (ABJ) |
| ) | |
| CLEVELAND GROVER ) | |
| MEREDITH, JR. ) | |
| ) | |
| **Defendant** ) | |
| ) | |

## DEFENDANT'S MOTION FOR UNREDACTED TRANSCRIPT

Defendant Cleveland Grover Meredith, Jr., by and through undersigned counsel, hereby moves the Court to be provided an unredacted copy of the transcript for the detention hearing held on March 26, 2021.

Respectfully submitted,

KIYONAGA & SOLTIS, P.C.

/s/ Paul Kiyonaga

_____

Paul Y. Kiyonaga
D.C. Bar 428624
Debra Soltis
D.C. Bar 435715
Marcus Massey
D.C. Bar 1012426
1827 Jefferson Place, NW
Washington, D.C. 20036
(202) 363-2776
pkiyonaga@kiyosol.com
*Counsel for Defendant*

April 21, 2021

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of April, 2021, a true and correct copy of the foregoing Defendant's Motion for Unredacted Transcript was filed via the Electronic Case Filing System with consequent service on all parties of record.

/s/ Paul Y. Kiyonaga

_____

Paul Y. Kiyonaga