UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                                   )<br>     v.                                         )<br>                                                   )     Crim. Action No. 21-0159 (ABJ)<br>CLEVELAND                              )<br>GROVER MEREDITH, JR.,        )<br>                                                   )<br>           Defendant.                   )<br>                                                   ) | |

## ORDER

Before the Court is Defendant's Motion to Revoke Magistrate Judge's Order of Detention Pending Trial and to Set New Conditions of Release [Dkt. # 19]. For the reasons stated in the accompanying sealed Memorandum Opinion [Dkt. # 37], the Court finds that defendant is eligible for detention, as a threat to injure under 18 U.S.C § 875(c) is a crime of violence for purposes of the Bail Reform Act.

Further, because the Court finds that no condition or combination of conditions would adequately protect the community, after considering the four factors described in 18 U.S.C. § 3142(g), defendant's motion is **DENIED** and defendant is hereby **ORDERED** detained pending trial.

AMY BERMAN JACKSON
United States District Judge

DATE: May 20, 2021

1