UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Crim. No. 1:21-cr-00159 (ABJ) |
| ) | |
| CLEVELAND GROVER ) | |
| MEREDITH, JR. ) | |
| ) | |
| **Defendant** ) | |
| _____) | |

## DEFENDANT'S NOTICE REGARDING PROPOSED REDACTIONS TO MEMORANDUM OPINION DATED MAY 20, 2021

Defendant Cleveland Grover Meredith, Jr., by and through undersigned counsel, hereby provides notice that he has no objections to the proposed redactions by the Court to the Memorandum Opinion (Docket No. 37) that was filed under seal on May 20, 2021.

    Respectfully submitted,

    KIYONAGA & SOLTIS, P.C.

    /s/ Paul Kiyonaga

    _____
    Paul Y. Kiyonaga
    D.C. Bar 428624
    Debra Soltis
    D.C. Bar 435715
    Marcus Massey
    D.C. Bar 1012426
    1827 Jefferson Place, NW
    Washington, D.C. 20036
    (202) 363-2776
    pkiyonaga@kiyosol.com

May 25, 2021     *Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of May 2021, a true and correct copy of the foregoing Defendant's Notice Regarding Proposed Redactions to Memorandum Opinion Dated May 20, 2021 was electronically filed with consequent service on the following attorneys for the Government:

AUSA Anthony L. Franks
DOJ-USAO
111 S. 10th Street Rm. 20.
St. Louis, MO 63102
Email: anthony.franks@usdoj.gov

AUSA Brandon K. Regan
DOJ-USAO
Federal Major Crimes
555 4th St NW
Washington, DC 20530
Email: brandon.regan@usdoj.gov

/s/ Paul Y. Kiyonaga
_____
Paul Y. Kiyonaga