**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **CLEVELAND GROVER** | : | **Criminal No. 1:21-CR-159-ABJ** |
| **MEREDITH, JR.** | : | |
| | : | |
| | : | |
| **Defendant.** | : | |

**NOTICE TO THE COURT REGARDING PROPOSED REDACTIONS TO THE**
**PENDING ORDER AND MEMORANDUM OF OPINION ON DEFENDANT'S MOTION**
**TO REVOKE MAGISTRATE JUDGE'S ORDER OF DETENTION PENDING TRIAL**
**AND TO SET NEW CONDITIONS OF RELEASE**

COMES NOW the United States of America, by and through Assistant United States

Attorney Anthony Franks, hereby notifies this Court that it does not object to the Court's proposed

redactions to the pending order and memorandum and opinion on Defendant's Motion to Revoke

Magistrate Judge's Order of Detention Pending Trial and to Set New Conditions for Release.

Respectfully submitted,

CHANNING D. PHILLIPS
Acting United States Attorney
DC Bar No. 415793

By:    /s/ Anthony L. Franks
ANTHONY L. FRANKS
Missouri Bar No. 50217MO
Assistant United States Attorney
Detailee – Federal Major Crimes
United States Attorney's Office
for the District of Columbia
Telephone No . (314) 539-3995
anthony.franks@usdoj.gov

## <u>CERTIFICATE OF SERVICE</u>

On this 26th day of May 2021, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

/s/ *Anthony L. Franks*
ANTHONY L. FRANKS
Missouri Bar No. 50217MO
Assistant United States Attorney
Detailee – Federal Major Crimes
United States Attorney's Office
for the District of Columbia
Telephone No. (314) 539-3995
anthony.franks@usdoj.gov