| Date | Time | From | To | |
|---|---|---|---|---|
| 12/28/2020 | 7:22 PM | Cleveland Meredith | | Oh yes...a few thousand rounds of 9mm and 5.56 green tips in truck |
| 1/4/2021 | 5:53 PM | Cleveland Meredith | | D.C. Mayor Calls Out National Guard for Pro-Trump Stop the Steal Rallies; Urges People to Stay Away From City https://www.thegatewaypundit.com/2021/01/d-c-mayor-calls-nationalguard-pro-trump-stop-steal-rallies-urges-people-stay-away-city/       This is gunna b AWESOME |
| 1/4/2021 | 5:56 PM | | Cleveland Meredith | Stay out of trouble!! |
| 1/4/2021 | 5:57 PM | Cleveland Meredith | | 5000rds of armor piercing green tip 5.56 in ma truk |
| 1/4/2021 | 5:58 PM | | Cleveland Meredith | I sure hope not! |
| 1/4/2021 | 5:58 PM | Cleveland Meredith | | Yup. We're gonna surround DC and slowly constrict |
| 1/4/2021 | 5:58 PM | Cleveland Meredith | | We're gonna surround DC and slowly constrict |
| 1/5/2021 | 5:37 PM | Cleveland Meredith | | Gonna be a shit show trying to get in...that's why I brought 2 dirt bikes, 1 Sportbike, and 1 side x side   I'm still 5 hours out and currently taking break, keep running into snow |
| 1/6/2021 | 2:40 PM | Cleveland Meredith | | [Sent picture of truck and trailer] Just fixed...head to DC with a shit ton of 5.56 armor piercing ammo |
| 1/6/2021 | 2:43 PM | | | Trump supporters have violated several layers of security fencing at the Capitol building in Washington, DC, prompting clashes with riot police. Some claim that the demonstrators are attempting to occupy the Capitol building. "This is the craziest thing I've ever seen in my life. Thousands, police can't stop them," tweeted Elijah Schaffer. |
| 1/6/2021 | 2:43 PM | Cleveland Meredith | | Burn DC to the FKG ground |
| 1/6/2021 | 2:44 PM | | Cleveland Meredith | Pence blew it |
| 1/6/2021 | 2:44 PM | Cleveland Meredith | | War time |
| 1/6/2021 | 4:52 PM | | Cleveland Meredith | Multiple bombs found in dc |
| 1/6/2021 | 4:53 PM | Cleveland Meredith | | Ready to remove several craniums from shoulders |
| 1/6/2021 | 4:53 PM | Cleveland Meredith | | I'm so ready to FK SOME TRAITORS UP |
| 1/6/2021 | 4:57 PM | Cleveland Meredith | | I'm gonna collect a shit ton of Traitors heads |
| 1/6/2021 | 5:03 PM | | Cleveland Meredith | Where are you now? |
| 1/6/2021 | 5:03 PM | | Cleveland Meredith | I think Trump wants you to go home peacefully!! |
| 1/6/2021 | 5:04 PM | Cleveland Meredith | | Bullshit, he wants HEADS and I'm gonna deliver |
| 1/6/2021 | 5:04 PM | Cleveland Meredith | | Hauling ass, 3.5 hours from target practice |
| 1/6/2021 | 5:05 PM | | Cleveland Meredith | Ok, but please stop talking like that. Pretty please... |
| 1/6/2021 | 5:06 PM | Cleveland Meredith | | It ain't just me, someone has to take the TRASH out, FK THESE MTHRFKRS |
| 1/7/2021 | 11:38 AM | | Cleveland Meredith | I wonder if trump still has something. Lord I hope so |
| 1/7/2021 | 11:38 AM | Cleveland Meredith | | I may wander over to the Mayor's office and put a 5.56 in her skull, FKG cunt |
| 1/7/2021 | 11:38 AM | | Cleveland Meredith | Lol |
| 1/7/2021 | 11:39 AM | Cleveland Meredith | | I hope you're reading this Mr. FBI agent, FK U |
| 1/7/2021 | 11:39 AM | | Cleveland Meredith | You back tonight? |
| 1/7/2021 | 11:41 AM | Cleveland Meredith | | Strategizing on best way to assault this city...do I go in fast on Sportbike or do I go in the back door on dirt bike Staying one more day since I got here late, need to FK with these commies |
| 1/7/2021 | 11:42 AM | | Cleveland Meredith | Mayor is on tv. Called yesterday domestic terrorism. Stupid bitch |
| 1/7/2021 | 11:42 AM | Cleveland Meredith | | C U N T |
| 1/7/2021 | 11:43 AM | | Cleveland Meredith | I usually reserve that for pelosi |
| 1/7/2021 | 2:04 PM | Cleveland Meredith | | Thinking about heading over to Pelosi CUNT's speech and putting a bullet in her noggin on Live TV |
| 1/7/2021 | 2:05 PM | Cleveland Meredith | | You get that one Mr. Marxist FBI Agent? Go FK yourself |
| 1/7/2021 | 2:10 PM | | Cleveland Meredith | Have things calmed down up there? |
| 1/7/2021 | 2:10 PM | Cleveland Meredith | | Thinking about heading over to Pelosi CUNT's speech and putting a bullet in her noggin on Live TV |

21-00159-01-ABJ
Government Exhibit
1

| Date | Time | From | To | |
|---|---|---|---|---|
| 1/7/2021 | 2:10 PM | Cleveland Meredith | | You get that one Mr. Marxist FBI Agent? Go FK yourself |
| 1/7/2021 | 2:16 PM | | Cleveland Meredith | If you get caught I will visit you behind bars |
| 1/7/2021 | 2:16 PM | Cleveland Meredith | | I ain't goin to jail, the morgue maybe, not jail |
| 1/7/2021 | 2:21 PM | | Cleveland Meredith | I will see ya again if so brotha!!! |
| 1/7/2021 | 2:28 PM | Cleveland Meredith | | How much u give me to go trench the Capital lawn with ma big truk? |
| 1/7/2021 | 2:29 PM | | Cleveland Meredith | Don't do it!! |
| 1/7/2021 | 2:29 PM | Cleveland Meredith | | I'm gonna run that CUNT Pelosi over while she chews on her gums |
| 1/7/2021 | 2:30 PM | | Cleveland Meredith | Did you ever watch house of cards? She's like the First Lady character. Will end up president bc she's so cut throat! |
| 1/7/2021 | 2:31 PM | Cleveland Meredith | | Dead Bitch Walking |
| 1/7/2021 | 2:32 PM | Cleveland Meredith | | I predict that within the next 12 days, many in our country will die |
| 1/7/2021 | 2:33 PM | | Cleveland Meredith | Cleve, I know you're kidding, really, but for your own good, please do text direct threats like that. It's actually illegal, isn't it, to say "I'm going to _____" If u believe in deep state, then u surely believe the left will protect itself by prosecuting it's enemies that happen to slip up and break a law, right? |
| 1/7/2021 | 7:19 PM | Cleveland Meredith | | [Meredith texted a picture of himself wearing a black balaclava] |
| 1/7/2021 | 7:21 PM | Cleveland Meredith | | I'm gonna walk around DC FKG with people by yelling "Allahu ak Bar" randomly |